

PAUL B. EDELMAN
LAWRENCE P. KRASIN
SAL A. SPANO

HAROLD J. STANGLER
1929-2017

WILLIAM T. JAYE
1954-2024

**EKJ**
Edelman, Krasin & Jaye, PLLC
COUNSELORS AT LAW

KARA M. ROSEN+
MONICA P. BECKER
COLIN RATHJE
GILBERT J. HARDY
H. ADENIYI TAIWO
ARI J FRIEDMAN
ERNEST LASEN III

OF COUNSEL
ROBERT T. ACKER

+ADMITTED IN NY & NJ

February 11, 2025

**Via ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

RE:   *Johnnie Harvey v. Officer Joran Corneal*
      24-cv-7380(JAV)

Dear Judge Vargas:

Plaintiff hereby requests an adjournment of the Initial Conference set for February 12, 2025, at 11:00 a.m. before your Honor. Defendant's attorney has been notified and does not object to this request. No prior request has been made to adjourn the Initial Conference. This request is made on the grounds that Defendant plans to file a motion to dismiss the Second Amended Complaint filed January 27, 2025 (Doc. No. 27). As such, it is respectfully requested that the Initial Conference be adjourned until Defendant's motion to dismiss is determined.

Very truly yours,

Paul B. Edelman, Esq.
Edelman, Krasin & Jaye, PLLC
7001 Brush Hollow Road, Suite 100
Westbury, New York 11590
(516) 742-9200

CC:   Michael A. Berg, Assistant Attorney General
      Via ECF only

Plaintiff's request to adjourn the Initial Conference set for February 12, 2025, is **GRANTED**, *sine die*. The Clerk of the Court is directed to terminate ECF No. 28.
Date: 02/11/2025
**SO ORDERED.**

HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE